**Order entered April 19, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01061-CR
No. 05-11-01062-CR

**ARMANDO FERMIN SOTO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-19502-H, F10-19503-H**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/      ELIZABETH LANG-MIERS
             JUSTICE